ANNABEL H. KENNEDY, Appellant, v. AGNES V. DOYLE and Another, Respondents.

PER CURIAM. We are of the opinion that upon the record before us the justice at Special Term was justified in the exercise of his discretion in denying a declaratory judgment with injunctive relief in favor of the plaintiff and in dismissing her complaint. However, certain findings and conclusions are, in our opinion, not substantiated by the evidence and if permitted to stand would be prejudicial to the plaintiff and would foreclose her from proper relief in some other form of action. The judgment, therefore, will be affirmed, without costs, but findings of fact numbered 5th, 6th, 7th, 8th, 9th, 10th, 12th, 13th, 14th, 15th, 16th, 21st and 22nd, and conclusions of law numbered II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII and XIV will be reversed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Judgment affirmed, without costs. Findings of fact and conclusions of law reversed as noted in opinion.

MARGARET SKELLY, Appellant, v. 1–19 PROSPECT PLACE, INC., Respondent.

PER CURIAM. The allegation that the plaintiff was "lawfully in the cellar of said premises" must be considered in connection with all other allegations of the complaint, and more particularly with that which alleges that she was a tenant of the defendant. Thus viewed, the complaint, in our opinion, states a cause of action and should not have been dismissed. It follows that the judgment should be reversed and a new trial granted, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.

CORA SCOVIL, Appellant, v. MOAB REALTY CORPORATION, Respondent.

PER CURIAM. It is impossible to say upon this record that the plaintiff has not presented a substantial issue to be tried. The case, therefore, falls within the principle in Lee v. Schmeltzer [ante, p. 206], handed down herewith. The order denying the motion to consolidate with this action an action pending in the City Court brought by the defendant herein against this plaintiff should be reversed, with ten dollars costs and disbursements to the appellant, and the motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.